**2014–2133. State v. Keahy.**
Erie App. No. E–13–055, 2014-Ohio-4971. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike the appeal from the record, it is ordered by the court that the motion is denied. Appellee may file a memorandum in response to jurisdiction within 30 days of the date of this entry.

**2014–1593. State ex rel. German v. Provider Servs. Holdings, L.L.C.**
Franklin App. No. 13AP–149, 2014-Ohio-3336. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Franklin County.